1  **GREENBERG TRAURIG, LLP**
2  VALERIE W. HO (SBN 200505)
   1840 Century Park East, Suite 1900
3  Los Angeles, California 90067
   Tel: (310) 586-7700
4  Fax: (310) 586-7800
   E-mail:    hov@gtlaw.com
5
6  SCOTT J. BORNSTEIN (*pro hac vice*)
   RICHARD C. PETTUS (*pro hac vice*)
7  200 Park Avenue
   New York, New York 10166
8  Tel: (212) 801-9200
   Fax: (212) 801-6400
9  E-mail:    bornsteins@gtlaw.com
10             pettusr@gtlaw.com
11
   Attorneys for Defendant and Counterclaimant
12 B. BRAUN MEDICAL INC.
13
14              **UNITED STATES DISTRICT COURT**
15     **CENTRAL DISTRICT OF CALIFORNIA -- WESTERN DIVISION**
16

| | |
|---|---|
| 17 CAREFUSION 303, INC., | CASE NO.  CV 11-01264 PA (ANx) |
| 18      Plaintiff and Counter- | **Honorable Percy Anderson** |
| 19 defendant, | **DECLARATION OF JUSTIN A. MACLEAN IN SUPPORT OF** |
| 20   vs. | **DEFENDANT B. BRAUN MEDICAL INC.'S RESPONSIVE CLAIM** |
| 21 B. BRAUN MEDICAL INC., | **CONSTRUCTION BRIEF** |
| 22 | |
| 23      Defendant and | Discovery Cutoff:      June 25, 2012 |
| Counterclaimant. | Final Pretrial Conference: July 20, 2012 |
| 24 | Trial Date:        September 18, 2012 |

25
26
27
28

—————————————————————————————
DECLARATION OF JUSTIN A. MACLEAN

LA 130,336,277

# DECLARATION OF JUSTIN A. MACLEAN

I, Justin A. MacLean, declare as follows:

1.    I am an attorney with Greenberg Traurig, LLP, counsel for Defendant B. Braun Medical Inc. ("B. Braun") in the above-captioned litigation.  I am making this declaration in support of Defendant B. Braun Medical Inc.'s Responsive Claim Construction Brief (the "Brief").  I have personal knowledge of the matters stated below, and if called as a witness, I could and would competently testify regarding such matters.

2.    Attached hereto as **Exhibit 1** is a true and correct copy of U.S. Patent No. 5,730,418 (the "'418 patent"), issued on March 24, 1998.

3.    Attached hereto as **Exhibit 2** is a true and correct copy of the reexamination certificate for the '418 patent, issued on April 11, 2006.

4.    Attached hereto as **Exhibit 3** is a true and correct copy of the Order Granting in Part and Denying in Part B. Braun's Motion for Contempt and Sanctions (Dkt. 87), dated April 6, 1012.

5.    Attached hereto as **Exhibit 4** is a true and correct copy of excerpts from the deposition transcript of George Mansour, taken on May 4, 2012.  **[FILED UNDER SEAL]**

6.    Attached hereto as **Exhibit 5** is a true and correct copy of U.S. Patent No. 5,782,816, issued on July 21, 1998.

7.    Attached hereto as **Exhibit 6** is a true and correct copy of U.S. Patent No. 5,685,866, issued on November 11, 1997.

8.    Attached hereto as **Exhibit 7** is a true and correct copy of U.S. Patent No. 5,676,346, issued on October 14, 1997.

9.    Attached hereto as **Exhibit 8** is a true and correct copy of U.S. Patent No. 5,549,577, issued on August 27, 1996.

10.    Attached hereto as **Exhibit 9** is a true and correct copy of excerpts from the Expert Report of Karl R. Leinsing, MSME, PE, dated April 30, 2012.  **[FILED UNDER SEAL]**

11.     Attached hereto as **Exhibit 10** is a true and correct copy of excerpts from B. Braun's Invalidity Contentions.

12.     Attached hereto as **Exhibit 11** is a true and correct copy of excerpts from Plaintiff CareFusion 303, Inc.'s Disclosure of Asserted Claims and Infringement Contentions (Dkt. 46, 46-1, 46-2), filed on February 13, 2012.

13.     Attached hereto as **Exhibit 12** is a true and correct copy of excerpts from the Rebuttal Expert Report of Harri K. Kytomaa, Ph.D. Regarding Non-Infringement, dated May 21, 2012. **[FILED UNDER SEAL]**

14.     Attached hereto as **Exhibit 13** is a true and correct copy of the Claim Construction Order in *Medegen MMS Inc. v. ICU Med., Inc.,* Civ. No. 8:06-cv-619 (C.D. Cal. June 21, 2007) (Dkt. 08).

15.     Attached hereto as **Exhibit 14** is a true and correct copy of the Declaration of Timothy L. Truitt in Support of Medegen's Reply Claim Construction Brief in *Medegen MMS Inc. v. ICU Med., Inc.,* Civ. No. 8:06-cv-619 (C.D. Cal. Apr. 16, 2007) (Dkt. 85). **[FILED UNDER SEAL]**

16.     Attached hereto as **Exhibit 15** is a true and correct copy from the rough deposition transcript of Tim Truitt, taken June 20, 2012. **[FILED UNDER SEAL]**

17.     Attached hereto as **Exhibit 16** is a true and correct copy of excerpts from Plaintiff CareFusion 303, Inc.'s Responses to Defendant B. Braun Medical, Inc.'s First Set of Interrogatories to CareFusion 303, Inc. (Nos. 1-5).

18.     Attached hereto as **Exhibit 17** is a true and correct copy of U.S. Patent No. 5,509,433, issued on April 23. 1996.

19.     Attached hereto as **Exhibit 18** is a true and correct copy of U.S. Patent No. 5,439,451, issued on August 8, 1995.

20.     Attached hereto as **Exhibit 19** is a true and correct copy of excerpts from the deposition transcript of Raymond Feith, taken May 3, 2012. **[FILED UNDER SEAL]**

21.     Attached hereto as **Exhibit 20** is a true and correct copy of excerpts from the prosecution history of the *ex parte* reexamination of the '418 patent.

22.     Attached hereto as **Exhibit 21** is a true and correct copy of excerpts from the Rebuttal Report of Karl R. Leinsing, MSME, PE, dated May 21, 2012.  **[FILED UNDER SEAL]**

23.     Attached hereto as **Exhibit 22** is a true and correct copy of excerpts from the Expert Report of Terry N. Layton Ph.D. Regarding Invalidity of U.S. Patent No. 5,730,418 and 5,782,816 April 30, 2012.

24.     Attached hereto as **Exhibit 23** is a true and correct copy of is a true and correct copy of excerpts from the prosecution history of the '816 patent.

25.     Attached hereto as **Exhibit 24** is a true and correct copy of excerpts from *The American Heritage Dictionary* (1985) (Second College Edition).

26.     Attached hereto as **Exhibit 25** is a true and correct copy of excerpts from *Academic Press Dictionary of Science and Technology* (1992).

27.     Attached hereto as **Exhibit 26** is a true and correct copy of *Webster's Third New International Dictionary of the English Language Unabridged* (1981).

28.     Attached hereto as **Exhibit 27** is a true and correct copy of U.S. Patent No. 5,470,319.

29.     In the preparation of the Joint Claim Construction Statement, CareFusion 303 refused to explain what the "plain and ordinary" meaning of "off-axis" was during the parties' meet and confer.  It was only shortly before the Joint Claim Construction Statement was to be filed that CareFusion 303 disclosed for the first time its construction of "off-axis" as "off the axis of the housing."

I declare under penalty of perjury that the foregoing is true and correct and that this Declaration was executed on June 21, 2012 in New York, New York.

Justin A. MacLean

DECLARATION OF JUSTIN A. MACLEAN