1 | Timothy J. Malloy (*pro hac vice*)
      tmalloy@mcandrews-ip.com
2 | David D. Headrick (*pro hac vice*)
      dheadrick@mcandrews-ip.com
3 | Scott P. McBride (*pro hac vice*)
      smcbride@mcandrews-ip.com
4 | Wil L. Rao (*pro hac vice*)
      wrao@mcandrews-ip.com
5 | **MCANDREWS, HELD & MALLOY, LTD.**
      500 West Madison Street, 34th Floor
6 | Chicago, Illinois 60661
      Telephone:  312.775.8000
7 | Facsimile:   312.775.8100

8 | Mark P. Wine (SBN 189897)
      mwine@orrick.com
9 | **ORRICK, HERRINGTON & SUTCLIFFE LLP**
      2050 Main Street, Suite 1100
10 | Irvine, California 92614-8255
      Telephone:  949.567.6700
11 | Facsimile:   949.567.6710

12 | *Attorneys for Plaintiff and Counter-defendant*
      *CareFusion 303, Inc.*

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## WESTERN DIVISION

| | |
|---|---|
| CAREFUSION 303, INC. | Case No:  8:11-cv-01264 PA (ANx) |
| Plaintiff and Counter-defendant, | **ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE** |
| v. | Stipulation Filed Concurrently Herewith |
| B. BRAUN MEDICAL, INC. | Honorable Percy Anderson |
| Defendant and Counterclaimant. | NOTE: CHANGES MADE BY THE COURT |

**IT IS HEREBY ORDERED** that

1. ~~the oral rulings or orders from the September 14, 2012 final pre-trial conference are hereby vacated;~~

2. ~~the transcript of the September 14, 2012 final pre-trial conference shall be removed from the docket and not made public; and~~

3. all claims and counterclaims in this case are dismissed with prejudice, each side to bear its own costs, disbursements and attorneys' fees.


**IT IS SO ORDERED.**


Dated:  October 18, 2012_____   By: _____

Honorable Percy Anderson
United States District Judge

1